RYAN J. CASAMIQUELA, State Bar No. 228559
ryan.casamiquela@apks.com
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone: (415) 471-3100
Facsimile: (415) 471-3400

DEBORAH E. FISHMAN, State Bar No. 197584
deborah.fishman@apks.com
ARNOLD & PORTER KAYE SCHOLER LLP
3000 El Camino Real, Building 5, Suite 500
Palo Alto, CA 94306
Telephone: (650) 319-4500
Facsimile: (650) 319-4700

MATTHEW M. WOLF (*pro hac vice pending*)
matthew.wolf@apks.com
MARC A. COHN (*pro hac vice pending*)
marc.cohn@apks.com
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

Attorneys for Defendants
HOLOGIC, INC. and
CYTYC SURGICAL PRODUCTS, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINERVA SURGICAL, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>HOLOGIC, INC., a Delaware corporation; and CYTYC SURGICAL PRODUCTS, LLC, a Massachusetts limited liability company,<br><br>    Defendants. | Case No.: 3:17-cv-02013-JD<br><br>**NOTICE OF APPEARANCE OF DEBORAH E. FISHMAN** |

1     PLEASE TAKE NOTICE that Deborah E. Fishman of the law firm of Arnold & Porter Kaye Scholer LLP, an attorney admitted to practice in the United States District for the Northern District of California, hereby appears as counsel of record for Defendants Hologic, Inc. and Cytyc Surgical Products, LLC and respectfully requests that all pleadings and other documents be served upon this individual at Arnold & Porter Kaye Scholer LLP, as identified below:

> Deborah E. Fishman
> deborah.fishman@apks.com
> Arnold & Porter Kaye Scholer LLP
> 3000 El Camino Real
> Five Palo Alto Square, Suite 500
> Palo Alto, California 94306
> Telephone: (650) 319-4500
> Facsimile: (650) 319-4700

Dated: August 8, 2017

Respectfully submitted,

ARNOLD & PORTER KAYE SCHOLER LLP

By: */s/ Deborah E. Fishman*
    Deborah E. Fishman

Attorneys for Defendants
HOLOGIC, INC. and CYTYC SURGICAL PRODUCTS, LLC