| | |
|---|---|
| VERA M. ELSON (SBN156327) | RYAN J. CASAMIQUELA (SBN 228559) |
| velson@wsgr.com | Ryan.Casamiquela@apks.com |
| DALE R. BISH (SBN 235390) | ARNOLD & PORTER KAYE SCHOLER LLP |
| dbish@wsgr.com | Three Embarcadero Center, 10th Floor |
| CHRISTOPHER D. MAYS (SBN 266510) | San Francisco, CA 94111-4024 |
| cmays@wsgr.com | Telephone: (415) 471-3100 |
| JONATHAN JOANNIDES (SBN 311260) | Facsimile: (415) 471-3400 |
| jjoannides@wsgr.com | |
| WILSON SONSINI GOODRICH & ROSATI PC | DEBORAH FISHMAN (SBN 197584) |
| 650 Page Mill Road | Deborah.Fishman@apks.com |
| Palo Alto, CA 94304-1050 | ARNOLD & PORTER KAYE SCHOLER LLP |
| Telephone: (650) 493-9300 | 3000 El Camino Real |
| Facsimile: (650) 565-5100 | Five Palo Alto Square, Suite 500 |
| | Palo Alto, CA 94306-2112 |
| EDWARD G. POPLAWSKI (SBN113590) | Telephone: (650) 319-4538 |
| epoplawski@wsgr.com | Facsimile: (650) 319-4938 |
| OLIVIA M. KIM (SBN 228382) | |
| okim@wsgr.com | MATTHEW M. WOLF (*pro hac vice* |
| NEIL N. DESAI (SBN 286405) | pending) |
| ndesai@wsgr.com | Matthew.Wolf@apks.com |
| WILSON SONSINI GOODRICH & ROSATI PC | MARC A. COHN (*pro hac vice* pending) |
| 633 West Fifth Street, Suite 1550 | Marc.Cohn@apks.com |
| Los Angeles, CA 90071 | ARNOLD & PORTER KAYE SCHOLER LLP |
| Telephone: (323) 210-2900 | 601 Massachusetts Ave., NW |
| Facsimile: (866) 974-7329 | Washington, DC 20001-3743 |
| | Telephone: (202) 942-5000 |
| Attorneys for Plaintiff | Facsimile: (202) 942-5999 |
| MINERVA SURGICAL, INC. | |
| | Attorneys for Defendants |
| | HOLOGIC, INC. AND |
| | CYTYC SURGICAL PRODUCTS, LLC |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MINERVA SURGICAL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>HOLOGIC, INC., a Delaware corporation; and CYTYC SURGICAL PRODUCTS, LLC, a Massachusetts limited liability company,<br><br>Defendants. | CASE NO. 3:17-cv-02013-JD<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING MODIFIED SCHEDULE FOR PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

1   Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, Defendants Hologic, Inc. and Cytyc
2   Surgical Products, LLC (collectively, "Hologic") and Plaintiff Minerva Surgical, Inc. ("Minerva"),
3   by and through their respective counsel, hereby stipulate to the following request to modify the
4   current schedule relating to Minerva's Motion for Preliminary Injunction (D.N. 40):

5   WHEREAS, on August 10, 2017, the parties proposed a stipulated schedule that sought a
6   date for hearing before Thanksgiving (D.N. 39);

7   WHEREAS, to accommodate that proposed schedule, Hologic was afforded only six days
8   (after depositions) to prepare and file its Opposition Brief, as opposed to the 14 days customarily
9   provided for an Opposition Brief under L.R. 7-3(a);

10  WHEREAS, to accommodate that proposed schedule, Minerva likewise was afforded less
11  time than is customary (after depositions) to prepare and file its Reply Brief;

12  WHEREAS, on August 15, 2017, the Court set the hearing for Minerva's Motion for
13  Preliminary Injunction for December 14, 2017 (D.N. 40), five weeks after Minerva's Reply Brief
14  is currently due;

15  WHEREAS, the December 14, 2017 hearing date entered by the Court would appear to
16  permit the parties to take additional time to prepare and file their opposition and reply briefs,
17  respectively, without requiring a change in the scheduled hearing date, consistent with L.R. 7;

18  WHEREAS, the parties do not seek to alter or extend the December 14, 2017 hearing date
19  and likewise do not wish to impact the Court's time to sufficiently consider the briefing before the
20  hearing;

21  WHEREAS, the proposed modification would provide the Court with just over three
22  weeks to consider the parties' briefing related to Minerva's Motion for Preliminary Injunction;

23  WHEREAS, if the proposed modification would result in the Court either (i) further
24  extending the currently-scheduled December 14, 2017 date for the preliminary injunction hearing;
25  or (ii) shortening either party's allotted time for briefing as proposed, the parties are agreeable to
26  continue with the current schedule;

27  NOW THEREFORE, in light of the foregoing, the parties respectfully seek leave to
28  modify the current schedule for the preliminary injunction proceedings (as indicated in bold

typeface) to provide both parties with additional time to prepare and file their respective briefs PROVIDED THAT the proposed modification will not disturb the December 14, 2017 date for the preliminary injunction hearing or shorten either party's allotted time for briefing:

| EVENT | CURRENT DEADLINE | PROPOSED/STIPULATED DEADLINE |
|---|---|---|
| Defendants take depositions of witnesses | Sept. 14 to Oct. 5, 2017 | Sept. 14 to **Oct. 6, 2017** |
| Defendants' Opposition Brief | Oct. 11, 2017 | **Oct. 20, 2017** |
| Plaintiff takes depositions of witnesses | Oct. 16 to Nov. 3, 2017 | **Oct. 20 to Nov. 10, 2017** |
| Plaintiff's Reply Brief | Nov. 9, 2017 | **Nov. 22, 2017** |
| Preliminary Injunction Hearing (D.N. 40) | Dec. 14, 2017 at 10 a.m. | Dec. 14, 2017 at 10 a.m. |

**IT IS SO STIPULATED.**

DATED:  August 31, 2017.                Respectfully submitted,

                                        By: */s/ Deborah E. Fishman*
                                            Deborah E. Fishman

                                        ARNOLD & PORTER KAYE SCHOLER LLP
                                        Attorneys for Defendants
                                        HOLOGIC, INC. and CYTYC SURGICAL
                                        PRODUCTS, LLC

DATED:  August 31, 2017.                Respectfully submitted,

                                        By: */s/ Olivia M. Kim*
                                            Olivia M. Kim

                                        WILSON SONSINI GOODRICH & ROSATI PC
                                        Attorneys for Plaintiff
                                        MINERVA SURGICAL, INC.

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

                                        */s/ Deborah E. Fishman*
                                            Deborah E. Fishman

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated: _____

_____
HONORABLE JAMES DONATO
United States District Judge