UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: September 7, 2017                                                                 Judge: Hon. James Donato

Time: 9 Minutes

Case No.       **C-17-02013-JD**
Case Name      **Minerva Surgical, Inc. v. Hologic, Inc. et al**

Attorney(s) for Plaintiff(s):      Vera Elson
Attorney(s) for Defendant(s):   Debra E. Fishman

Deputy Clerk:  Lisa Clark

Court Reporter: Lydia Zinn

PROCEEDINGS

Case Management Conference - Held

NOTES AND ORDERS

In light of the Court's heavy calendar, the parties' proposal to change the briefing schedule for Minerva's motion for preliminary injunction, Dkt. No. 41, is declined.

The parties are scheduled to confer with Magistrate Judge Fallon in the District of Delaware on September 11, 2017 to discuss settlement of a Delaware action involving a different patent. The parties are directed to file a joint statement by September 18, 2017 advising the Court of the results of the conference, and whether Judge Fallon will also try to settle this case too. The Court may send the matter to a Magistrate Judge in San Francisco depending on the parties' report.