UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MINERVA SURGICAL, INC.,

    Plaintiff,

v.

HOLOGIC, INC., et al.,

    Defendants.

Case No. 17-cv-02013-JD

**SCHEDULING ORDER**

The Court sets the following case management deadlines pursuant to Federal Rule of Civil Procedure 16, Civil Local Rule 16-10, and Patent Local Rules 3 and 4. The parties are directed to review and comply with the Court's Standing Order for Civil Cases, Standing Order for Patent Cases, Standing Order for Discovery in Civil Cases, and Standing Order for Civil Trials. If a party contemplates filing a 35 U.S.C. § 101 invalidity motion (an "*Alice*" motion), it should do so at the earliest practicable time. The Court sets these deadlines:

| Event | Deadline |
| --- | --- |
| Disclosure of Asserted Claims and Infringement Contentions | September 22, 2017 |
| Add parties or amend pleadings | October 13, 2017 |
| Invalidity Contentions & Document Production Accompanying Invalidity Contentions (Patent L.R. 3-3 and 3-4) | November 3, 2017 |
| Exchange of Proposed Terms for Construction (Patent L.R. 4-1) | November 17, 2017 |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence (Patent L.R. 4-2) | December 8, 2017 |
| Damages Contentions (Patent L.R. 3-8) | December 22, 2017 |

| Event | Deadline |
|---|---|
| Joint Claim Construction and Prehearing Statement (Patent L.R. 4-3) | January 19, 2018 |
| Responsive Damages Contentions (Patent L.R. 3-9) | February 9, 2018 |
| Claim Construction Discovery Cut-off (Patent L.R. 4-4) | February 16, 2018 |
| Opening Claim Construction Brief (Patent L.R. 4-5(a)) | March 2, 2018 |
| Responsive Claim Construction Brief (Patent L.R. 4-5(b)) | March 6, 2018 |
| Reply Claim Construction Brief (Patent L.R. 4-5(c)) | March 23, 2018 |
| Written Technology Synopsis for Claim Construction Tutorial (Standing Order for Claim Construction in Patent Cases) | April 6, 2018 |
| Deadline to Complete Mediation | April 13, 2018 |
| Claim Construction Tutorial (Standing Order for Claim Construction in Patent Cases) | April 19, 2018 |
| Claim Construction Hearing (Patent L.R. 4-6; Standing Order for Claim Construction in Patent Cases) | April 26, 2018 |
| Close of Fact Discovery | July 20, 2018 |
| Opening Expert Reports | August 17, 2018 |
| Responsive Expert Reports | September 14, 2018 |
| Close of Expert Discovery | October 19, 2018 |
| Last day to file dispositive/*Daubert* motions | November 9, 2018 |
| Pretrial Conference (Standing Order for Civil Trials) | February 7, 2019 at 1:30 p.m. |
| Jury Trial | March 18, 2019 at 9:00 a.m. |

All dates set by the Court should be regarded as firm.  Counsel may not modify these dates by stipulation without leave of court.  Requests for continuances are disfavored, and scheduling conflicts that are created subsequent to the date of this order by any party, counsel or party-controlled expert or witness will not be considered good cause for a continuance.  Sanctions may issue for a failure to follow a scheduling or other pretrial order.  *See* Fed. R. Civ. P. 16(f)(1)(C).

**IT IS SO ORDERED.**

Dated: September 11, 2017

_____
JAMES DONATO
United States District Judge