| | |
|---|---|
| VERA M. ELSON, State Bar 156327<br>velson@wsgr.com<br>DALE R. BISH, State Bar 235390<br>dbish@wsgr.com<br>CHRISTOPHER D. MAYS, State Bar 266510<br>cmays@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI PC<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br><br>EDWARD G. POPLAWSKI, State Bar 113590<br>epoplawski@wsgr.com<br>OLIVIA M. KIM, State Bar 228382<br>okim@wsgr.com<br>NEIL N. DESAI, State Bar 286405<br>ndesai@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI PC<br>633 West Fifth Street, Suite 1550<br>Los Angeles, CA 90071<br>Telephone: (323) 210-2900<br>Facsimile: (866) 974-7329<br><br>Attorneys for Plaintiff<br>MINERVA SURGICAL, INC. | Deborah E. Fishman, State Bar No. 197584<br>deborah.fishman@apks.com<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>3000 El Camino Real, Building 5, Suite 500<br>Palo Alto, CA 94306<br>Telephone: (650) 319-4500<br>Facsimile: (650) 319-4700<br><br>Ryan J. Casamiquela SBN 228559<br>Ryan.Casamiquela@apks.com<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>Three Embarcadero Center, 10th Floor<br>San Francisco, CA 94111-4024<br>Phone: (415) 471-3100<br>Fax: (415) 471-3400<br>ryan.casamiquela@apks.com<br><br>Matthew M. Wolf (*pro hac vice* pending)<br>Matthew.Wolf@apks.com<br>Marc A. Cohn (*pro hac vice* pending)<br>Marc.Cohn@apks.com<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>601 Massachusetts Ave., NW<br>Washington, DC 20001-3743<br>Phone: (202) 942-5000<br>Fax: (202) 942-5999<br><br>*Attorneys for Defendants*<br>*Hologic, Inc. and Cytyc Surgical Products* |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MINERVA SURGICAL, INC., a Delaware corporation,<br><br>             Plaintiff,<br>      v.<br>HOLOGIC, INC., a Delaware corporation; and CYTYC SURGICAL PRODUCTS, LLC, a Massachusetts limited liability company,<br><br>             Defendants. | CASE NO. 3:17-cv-02013-JD<br><br>**JOINT STATEMENT REGARDING SETTLEMENT DISCUSSION** |

Pursuant to the Court's Order at the September 7, 2017 Case Management Conference (Dkt. 45), Plaintiff Minerva Surgical, Inc. and Defendants Hologic, Inc. and Cytyc Surgical Products, LLC jointly submit this Statement to advise the Court of the results of the conference the parties had with Magistrate Judge Fallon in the District of Delaware on September 11, 2017 regarding settlement. At the conference, Magistrate Judge Fallon confirmed that she will also try to settle this case as well as the Delaware action since both parties expressed their preference for a global settlement. The parties were ordered by Magistrate Judge Fallon to meet and confer about scheduling a mediation and report back to her.

Respectfully submitted,

DATED: September 18, 2017      By:   */s/ Vera M. Elson*
                                      Vera M. Elson

                                      WILSON SONSINI GOODRICH & ROSATI PC
                                      Attorneys for Plaintiff
                                      MINERVA SURGICAL, INC.

DATED: September 18, 2017      By:   */s/ Deborah E. Fishman*
                                      Deborah E. Fishman

                                      ARNOLD & PORTER KAYE SCHOLER LLP
                                      Attorneys for Defendants
                                      HOLOGIC, INC. and CYTYC SURGICAL PRODUCTS, LLC

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

                               By:   */s/ Vera M. Elson*
                                     Vera M. Elson